**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

### SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

⊠ Diversity

⊠ Federal Question

⊠ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others
>
> _____
> _____
> _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated:  09/10/2025 

Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*  
Douglass A. Kreis  
Bryan F. Aylstock  
Justin G. Witkin  
dkreis@awkolaw.com  
baylstock@awkolaw.com  
jwitkin@awkolaw.com  
17 East Main Street, Suite 200  
Pensacola, FL 32502  
Phone: (850) 202-1010

*Attorneys for Plaintiffs*

**Exhibit A to Short Form Complaint in _In re: Aqueous Film-Forming Foams Products Liability Litigation_, MDL 2873[1]**

| | Plaintiff Name _(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]_ | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Allen, Eric Steven | 6/4/1976 | MT | District of Montana | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Anderson, George | 7/1/1953 | WI | Western District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Boren Darling, Cynthia | 6/15/1975 | UT | District of Utah | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Kvarnlov, Christopher | 1/18/1978 | MN | District of Minnesota | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Lamb, Jamie | 6/22/1970 | CA | Central District of California | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Moser, Jimmy | 10/30/1966 | CA | Eastern District of California | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Polk, Devan | 8/20/2007 | AZ | District of Arizona | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Porter, Jason | 12/2/1974 | WA | Western District of Washington | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Porter, Robert | 9/5/1962 | WV | Southern District of West Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Powell, Autum | 6/23/1976 | TX | Southern District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Pratt, William | 10/15/1951 | FL | Southern District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Puckett, Gloria | 1/30/1962 | AL | Northern District of Alabama | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Puckett, Robin | 5/9/1959 | MI | Eastern District of Michigan | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Pyle, Tina | 8/18/1975 | TX | Western District of Texas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Quevedo, Adrian | 12/20/1982 | NE | District of Nebraska | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Quinones, Lourdes | 12/14/1981 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Rankin, Blain | 7/2/1971 | MS | Southern District of Mississippi | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Ray, Judy | 2/16/1955 | KY | Western District of Kentucky | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Reese, Timeka | 6/14/1974 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Richards, Jayson | 10/1/1980 | MI | Eastern District of Michigan | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Rios, Frank | 3/25/1965 | TX | Western District of Texas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Rizzo, Anthony | 8/23/1958 | CO | District of Colorado | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Robbins, Bruce | 9/2/1953 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Roberson, Horace | 5/23/1965 | MD | District of Maryland | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Roberson, Jennifer | 7/23/1981 | TX | Western District of Texas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Roberts, Jeff | 10/21/1966 | OK | Northern District of Oklahoma | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Roberts, Lisa | 5/6/1975 | TX | Eastern District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Robertson, Kellye | 5/19/1970 | TX | Eastern District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Robinson, Daniel | 6/13/1978 | NV | District of Nevada | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Robinson, Kenwin | 11/14/1970 | LA | Western District of Louisiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Roby, Dustin | 8/22/1983 | TN | Middle District of Tennessee | | X | | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Rodriguez, Armando | 9/13/1964 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Rogers, Austin | 11/4/1970 | VA | Western District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Rogers, Belinda | 5/1/1964 | CA | Northern District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Rogers, Roni | 9/8/1983 | MO | Western District of Missouri | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Rogers, Teresa | 12/19/1971 | IN | Southern District of Indiana | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Roper, Rodney | 2/24/1980 | DC | District of Columbia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Rosales, Gloria | 3/20/1981 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Rosario, Manuel | 11/1/1981 | FL | Southern District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Rose, Joni | 5/25/1981 | OH | Northern District of Ohio | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Ross, Charlene | 8/14/1974 | AR | Eastern District of Arkansas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Ross, Kimberly | 3/13/1972 | TX | Eastern District of Texas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Rowe, Deborah | 9/23/1967 | WI | Eastern District of Wisconsin | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Russell, Kendra | 7/9/1976 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Sanchez, Kalli-An | 7/25/1975 | CA | Central District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Sanchez, Larry | 5/30/1985 | KS | District of Kansas | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Sandoval, Teresa | 3/15/1956 | CA | Central District of California | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Savage, Tyler | 11/28/1992 | TX | Eastern District of Texas | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Scott, Albert | 8/24/1941 | MI | Western District of Michigan | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Shoemaker, Ricky | 10/5/1975 | MO | Western District of Missouri | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Shook, Eliza | 7/27/1963 | MS | Northern District of Mississippi | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Sizemore, Misty | 5/11/1982 | KY | Eastern District of Kentucky | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Smart, Cera | 8/16/1988 | CA | Eastern District of California | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Smith, Angela | 11/6/1978 | PA | Western District of Pennsylvania | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Smith, Angela | 2/10/1975 | TX | Eastern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Smith, Greg | 3/4/1960 | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Smith, Howard | 1/15/1965 | MI | Western District of Michigan | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Smith, Isaac | 10/22/1944 | VA | Eastern District of Virginia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Smith, Jason | 10/22/1981 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Snider, Judy | Jul 17 1957 | NC | Middle District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Soto, Zaul | Jun 21 1976 | NC | Western District of | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | |
| 62. | Sparks, Tricha | Apr 27 1968 | IN | Northern District of Indiana | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Spencer, Dorothy | Mar 25 1947 | MD | District of Maryland | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Spencer, Gerri | Sep 13 1967 | MI | Eastern District of Michigan | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Spencer, Jeffrey | Nov 2 1963 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Still, Kenneth | Apr 14 1973 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Stinson, Bryan | Jul 2 1960 | LA | Eastern District of Louisiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Sullivan, Franklin | May 17 1952 | TX | Western District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Swan, Nancy | Oct 21 1964 | MI | Western District of Michigan | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²)* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Tackett, Garlan | Jan 22 1971 | KY | Eastern District of Kentucky | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Tallman, Amelia | Nov 13 1960 | SD | District of South Dakota | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Tate, William | Sep 14 1964 | AL | Northern District of Alabama | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Taylor, Aundrea | Feb 8 1978 | TX | Eastern District of Texas | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Taylor, Calvin | May 27 1951 | PA | Eastern District of Pennsylvania | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Taylor, Dustin | Dec 6 1986 | TN | Eastern District of Tennessee | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Taylor, Tania | Sep 26 1972 | TN | Western District of Tennessee | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | TC, a minor | 12/19/2007 | ID | District of Idaho | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Tenorio, Scott | Mar 15 1977 | CO | District of Colorado | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 79. | Thomas, Brian | Dec 18 1968 | TX | Eastern District of Texas | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Thomas, Natalie | Jun 8 1989 | NJ | District of New Jersey | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Thompson, Barbara | Oct 29 1960 | WI | Eastern District of Wisconsin | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Thompson, Martha | Feb 14 1959 | IL | Central District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Todd, Lisa | Jun 12 1966 | AL | Northern District of Alabama | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Towne, Jentra | Sep 1 1986 | OH | Northern District of Ohio | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Tucker, Sharon | Apr 26 1943 | MI | Western District of Michigan | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Turner, Andria | Feb 26 1979 | NC | Middle District of North Carolina | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Turner, Morris | Jan 30 1959 | AL | Northern District of Alabama | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 88. | Vasquez, Jacqueline | Nov 3 1971 | OH | Northern District of Ohio | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Vasquez, John | Dec 1 1967 | TX | Western District of Texas | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Villalobos, Joyce | Jun 4 1964 | WV | Northern District of West Virginia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Vowels, Cynthia | Jun 17 1989 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Waite, Crystal | Apr 22 1985 | AL | Southern District of Alabama | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Walker, Jackie | Feb 15 1978 | IL | Central District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Warner, Jim | Sep 14 1945 | AL | Northern District of Alabama | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Washington, Anthony | Jan 21 1977 | CA | Central District of Californi | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Weaver, Basil | Dec 22 1955 | MI | Eastern District of Michigan | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 97. | Webber, Kelly | Dec 8 1982 | OR | District of Oregon | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Weeks, Geraldine | Dec 12 1939 | FL | Middle District of Florida | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | West, Richard | Oct 8 1967 | MN | District of Minnesota | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Westbrook, Tinesha | Jul 11 1967 | VA | Eastern District of Virginia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | White, Dawn | Oct 10 1970 | IN | Southern District of Indiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | White, Tamara | Dec 13 1954 | AZ | District of Arizona | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Williams, Clifford Ross | Sep 20 1955 | CO | District of Colorado | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Williams, James | Jul 30 1959 | CA | Southern District of California | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Williams, Justin | Jul 2 1990 | CA | Central District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Williams, Lydia | Sep 26 1974 | NM | District of New Mexico | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Williams, Sabra | Apr 23 1985 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Williams, Tavish M. | 7/15/1989 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Williams, Terry | Oct  2 1956 | NC | Eastern District of North Carolina | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Wilson, Dawn E | Feb 18 1961 | MI | Western District of Michigan | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Wilson, Derek | Sep 17 1986 | IL | Southern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Wolf, Shuree | Aug 19 1973 | CA | Southern District of California | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | wright, Theresa | Dec 24 1970 | CA | Eastern District of California | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Young, Kirbie | Feb  8 1980 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 115. | Young, Whitney | Sep 16 1986 | PA | Middle District of Pennsylvania | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Zavala, Mark | Apr 15 1964 | CA | Central District of California | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |